# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD L. GREEN  
512 VISTA TERRACE  
ROCKFORD, IL  61102  

SSN-xxx-xx-9210

Case Number: 08-71098

Case filed on: 4/11/2008  
Plan Confirmed on: 6/13/2008

D Dismissed

Total funds received and disbursed pursuant to the plan:  $150.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 139.11 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 139.11 | 0.00 |
| 999 | RICHARD L. GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | GUARANTY BANK | 2,595.52 | 2,595.52 | 0.00 | 0.00 |
|  | Total Secured | 2,595.52 | 2,595.52 | 0.00 | 0.00 |
| 001 | ALL ABOUT CARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLUEGREEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 866.31 | 866.31 | 0.00 | 0.00 |
| 007 | COMED CO | 1,310.41 | 1,310.41 | 0.00 | 0.00 |
| 008 | DIRECTV, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GEICO DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | THOMAS D LUCHETTI PC | 8,881.00 | 8,881.00 | 0.00 | 0.00 |
| 011 | LITTLETON COIN CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ASSET ACCEPTANCE CORP | 1,536.83 | 1,536.83 | 0.00 | 0.00 |
| 014 | ROCK RIVER WATER RECLAMATION | 278.16 | 278.16 | 0.00 | 0.00 |
| 015 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | US BANK/RETAIL PAYMENT SOLUTIONS | 452.23 | 452.23 | 0.00 | 0.00 |
| 017 | US BANK/FIRSTAR BANK | 391.48 | 391.48 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 825.56 | 825.56 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 2,502.78 | 2,502.78 | 0.00 | 0.00 |
| 020 | NICOR GAS | 734.16 | 734.16 | 0.00 | 0.00 |
|  | Total Unsecured | 17,778.92 | 17,778.92 | 0.00 | 0.00 |
|  | Grand Total: | 21,574.44 | 21,574.44 | 139.11 | 0.00 |

Total Paid Claimant: $139.11  
Trustee Allowance: $10.89  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  03/26/2009          By  /s/Heather M. Fagan